## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DOMINIQUE LIVERPOOL,       *

     Plaintiff       *

     v.       *       CIVIL NO. JKB-21-0510

CAESARS BALTIMORE       *
MANAGEMENT COMPANY, *et al.*,

     Defendant.       *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

For the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

1. Plaintiff's Motion to Amend (ECF No. 31) is GRANTED;

2. Plaintiff's Rule 60(b) Motion (ECF No. 28) is DENIED; and

3. The Court is without subject matter jurisdiction. Accordingly, and pursuant to 28 U.S.C. § 1447(e), the Clerk is directed to REMAND this matter to the Circuit Court for Baltimore City and CLOSE this case.

DATED this **13** day of December, 2021.

BY THE COURT:

_____
James K. Bredar
Chief Judge