

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
David E. Ciambruschini, Chief Deputy

Reply to Northern Division Address

December 14, 2021

Baltimore City Circuit Court
Courthouse East-Civil Division
111 N Calvert St
Baltimore, MD 21202

     RE:    Liverpool v. Caesars Baltimore Management
             Civil Action No. JKB 21-cv-0510
             24-C-20003829

Dear Clerk:

    On December 14, 2021, the Honorable James K. Bredar signed an order remanding the above-entitled case to your Court. Enclosed is a certified copy of the order, together with a certified copy of the docket entries. We have discontinued our previous practice of sending the state court original papers which were filed in this Court. Should you need certified copies of any papers you may contact the Deputy Clerk below.

    Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

    Thank you for your cooperation in this matter.

                            Sincerely,

                            Catherine M. Stavlas, Clerk

                By:            /s/
                            B. Ames, Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS _____ DAY OF _____ 20___.

Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov